## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FAYE MORRISON, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-565-GPM |
| | ) |
| **YTB INTERNATIONAL, INC., et al.,** | ) Consolidated with: |
| | ) CIVIL NO. 08-579-GPM and |
| Defendant. | ) CIVIL NO. 10-305-GPM |

## JUDGMENT IN A CIVIL CASE

This action came on before the Court, Judge G. Patrick Murphy presiding, and the following decision was reached:

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims against Defendants REZconnect Technologies, Inc., and Michael Brent are dismissed without prejudice from this action.

**IT IS FURTHER ORDERED AND ADJUDGED** that the claims of Plaintiffs Faye Morrison, Kwame Thompson, Jeffrey Hartman, Polly Hartman, JPH Development, Inc., Grace Perry, and Courtney Speed are dismissed with prejudice from this action, and the claims of Plaintiff John Stull are dismissed without prejudice from this action.

**DATED**: May 26, 2010

NANCY J. ROSENSTENGEL, CLERK

By: s/Linda McGovern
       Deputy Clerk

APPROVED: /s/ G. Patrick Murphy
             G. PATRICK MURPHY
             U.S. DISTRICT JUDGE